IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**INTEGRATED DENTISTRY, P.A.,**                                                                                                  PLAINTIFF

v.                                                      NO.  19-5090

**INTEGRATIVE DENTAL SPECIALISTS,
PLLC; ORAL & FACIAL SURGERY CENTER, P.A.,
and DR. SCOTT L. BOLDING**                                                                            DEFENDANTS

## CLERK'S ORDER OF DISMISSAL

On this 2nd day of July, 2021, the parties hereto having filed a stipulation for dismissal pursuant to Rule 41 (a), Federal Rules of Civil Procedure, IT IS ORDERED that plaintiff's complaint be, and hereby is dismissed with prejudice.

AT THE DIRECTION OF THE COURT

JAMIE GIANI, CLERK

BY:  S. Cummings
       Deputy Clerk